# ReedSmith

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
New York, NY
10022-7650
+1 212 521 5400
Fax +1 212 521 5400
reedsmith.com

**Emily B. Kirsch**
Direct Phone: +1 212 549 0421
Email: ekirsch@reedsmith.com

January 4, 2011

**VIA ECF**

The Honorable E. Thomas Boyle
United States District Court
100 Federal Plaza
Central Islip, NY 11722

**ArrivalStar, S.A. et al. v. Walker International Transportation, LLC, et al.** *(CV 10-5574)*

Dear Judge Boyle:

I write on behalf of defendant Walker International Transportation, LLC ("Walker") to request an extension of time until February 7, 2011 to respond to plaintiffs' complaint in the above-referenced action. Plaintiffs consent to the requested extension.

On December 13, 2010, plaintiffs served Defendant Walker with a summons and complaint (without attachments). On December 16, 2010, plaintiffs attempted service by Federal Express of the complaint with the exhibits and requested Walker's consent to service of same as of that date without leave of Court. Defendant Walker agreed to Plaintiffs' request in exchange for a thirty-day extension of time to respond to the complaint. Based on the December 16 service date, Defendant Walker's time to respond to the complaint was originally due **January 6, 2011**. Walker has not previously requested that the Court extend their time to respond to the complaint. A stipulation and proposed order is submitted herewith.

Respectfully,

Emily B. Kirsch

EBK:rk

cc:  William R. McMahon, Esq.
     Gabriel E. Estadella, Esq.
     Kirsten R. Rydstrom, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>WALKER INTERNATIONAL TRANSPORTATION, LLC,<br><br>Defendant. | STIPULATION AND ORDER TO EXTEND TIME TO APPEAR AND RESPOND TO COMPLAINT<br><br>CV 10-5574 (LJW)(ETB) |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited ("Plaintiffs") and Defendant, Walker International Transportation, LLC ("Walker"), that, reserving all defenses Walker may have, Walker's time to appear, and to answer, move or otherwise respond to the complaint, is extended to and including February 7, 2011.

Notwithstanding the forgoing, Walker relinquishes its rights to move to dismiss the complaint based on improper service.

Dated: January 4, 2011

*[signature]*
Reed Smith LLP
Emily B. Kirsch
599 Lexington Avenue
New York, New York 10022
Office:  (212) 521-5400
Fax:     (212) 521-5450
Attorney for Defendant Walker International
        Transportation, LLC

- 2 -

/s/ Gabriel E. Estadella
Gabriel E. Estadella (GE 1496)
Law Office of Gabriel E. Estadella, PLLC
380 Lexington Avenue, 17th Floor
New York, NY 10168
(347) 547-6726
Attorney for Plaintiffs ArrivalStar, S.A. and
    Melvino Technologies, Ltd.

**SO ORDERED.**

Dated: Central Islip, New York

_____, 2011

_____
The Honorable Thomas E. Boyle
United States District Court for the Eastern District of New York

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of January, 2011, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system which will send notification of such filing to the following counsel of record:

    Gabriel E. Estadella  (GE 1496)
    Law Office of Gabriel E. Estadella, PLLC
    380 Lexington Avenue, 17th Floor
    New York, NY  10168
    (347) 547-6726

_____
Emily B. Kirsch
E-mail: ekirsch@reedsmith.com